UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED
MAR 2 6 2001
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| IBRAHIM K. ALBERT, ) | |
| ) | |
| Plantiff, ) | |
| ) | |
| vs. ) | Case No. 4:01CV110 DDN |
| ) | |
| THE PREMCOR REFINING GROUP, INC., ) | |
| ) | |
| Defendant. ) | |

### ORDER

Pursuant to the provisions of the Civil Justice Reform Act Expense and Delay Reduction Plan, effective December 1, 1993, a request has been received for random reassignment of this case to a District Judge.

**IT IS HEREBY ORDERED** that the above styled case is randomly reassigned from Magistrate Judge David D. Noce to District Judge E. Richard Webber.

**The Selection/Option form will be maintained in the Clerk's Office for ten (10) days from entry of the Clerk's order of transfer.**

March 26, 2001
DATE

JAMES G. WOODWARD
CLERK

By: _____
DAVID L. BRAUN
DEPUTY CLERK

**In all future documents filed with the Court, please use the following case number 4:01CV110 ERW.**



UNITED STATES DISTRICT COURT EASTERN MISSOURI
INTERNAL RECORD KEEPING


AN ORDER, JUDGMENT OR ENDORSEMENT WAS SCANNED, FAXED AND/OR MAILED TO THE FOLLOWING INDIVIDUALS ON 03/26/01 by dbraun
                4:01cv110    Albert vs Premcor Refining

42:2000e  Job Discrimination (Employment)

| | |
|---|---|
| Ellen Bonacorsi - 2667 | Fax: 314-259-2020 |
| Michael Franklin - 102465 | Fax: 314-259-2020 |
| Kathryn Render - 10455 | Fax: 314-647-1911 |

SCANNED & FAXED BY:

MAR 2 6 2001

MJM