UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED
APR - 2 2001
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO

IBRAHIM K. ALBERT, )
 )
    Plaintiff, )
 )
vs. ) Case No. 4:01CV00110 ERW
 )
THE PREMCOR REFINING GROUP, )
INC., )
 )
    Defendant. )

## ORDER

The above-styled cause was randomly reassigned from Magistrate Judge David D. Noce to District Judge E. Richard Webber on March 26, 2001, pursuant to the provisions of the Civil Justice Reform Act Expense and Delay Reduction Plan.

Because one of the attorneys served as a law clerk within the last year, this Court requests that the case be randomly reassigned to another District Judge.

Dated this  2nd  Day of  April , 2001.

                                                  E. RICHARD WEBBER
                                                UNITED STATES DISTRICT JUDGE



UNITED STATES DISTRICT COURT EASTERN MISSOURI
INTERNAL RECORD KEEPING


AN ORDER, JUDGMENT OR ENDORSEMENT WAS SCANNED, FAXED AND/OR MAILED TO THE
FOLLOWING INDIVIDUALS ON 04/04/01 by gbeckeme
                4:01cv110     Albert vs Premcor Refining

42:2000e   Job Discrimination (Employment)

| | | |
|---|---|---|
| Ellen Bonacorsi - | 2667 | Fax: 314-259-2020 |
| Michael Franklin - | 102465 | Fax: 314-259-2020 |
| Kathryn Render - | 10455 | Fax: 314-647-1911 |

SCANNED & FAXED BY:

APR - 4 2001

DJO