UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

**FILED**

\- 2001

U. S. DISTRICT COURT
E. DIST. OF MO.
ST. LOUIS

| | |
|---|---|
| IBRAHIM K. ALBERT, | ) |
| Plantiff, | ) |
| vs. | ) Case No. 4:01CV110 ERW |
| THE PREMCOR REFINING GROUP, INC., | ) |
| Defendant. | ) |

## ORDER

The Honorable E. Richard Webber, having requested that this case be randomly reassigned to another District Judge,

**THEREFORE, IT IS HEREBY ORDERED** that the above styled case is randomly reassigned from District Judge E. Richard Webber to District Judge Catherine D. Perry.

April 4, 2001
DATE

JAMES G. WOODWARD
CLERK

By: _____
Gilbert N. Beckemeier, III
DEPUTY CLERK

**In all future documents filed with the Court, please use the following case number 4:01CV110 CDP.**

UNITED STATES DISTRICT COURT - EASTERN MISSOURI
INTERNAL RECORD KEEPING

AN ORDER, JUDGMENT OR ENDORSEMENT WAS SCANNED, FAXED AND/OR MAILED TO THE
FOLLOWING INDIVIDUALS ON 04/04/01 by gbeckeme
    4:01cv110    Albert vs Premcor Refining

42:2000e  Job Discrimination (Employment)

| | | |
|---|---|---|
| Ellen Bonacorsi - | 2667 | Fax: 314-259-2020 |
| Michael Franklin - | 102465 | Fax: 314-259-2020 |
| Kathryn Render - | 10455 | Fax: 314-647-1911 |

CC: ESV/CDP

SCANNED & FAXED BY:

APR - 4 2001

**DJO**