RECEIVED
NOV 30 2001
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

FILED
NOV 30 2001
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| IBRAHIM K. ALBERT, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) No. 4:01CV00110 CDP |
| THE PREMCOR REFINING GROUP INC., | ) ) ) |
| Defendant. | ) |

## STIPULATION FOR DISMISSAL

COMES NOW Plaintiff, by and through counsel, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, and, by stipulation of defendant, The Premcor Refining Group Inc., hereby dismisses his claims against The Premcor Refining Group Inc. with prejudice, each party to bear his or its own costs and attorneys' fees.

BRYAN CAVE LLP

By: _____
Kathryn S. Render
2711 Clifton Ave.
St. Louis, Mo. 63139
(314) 647-1800 (Phone)
(314) 647-1911 (Fax)

By: _____
Ellen E. Bonacorsi, #2667
Michael E. Franklin, #102465
211 North Broadway, Suite 3600
St. Louis, Missouri 63102-2750
(314) 259-2000 (Phone)
(314) 259-2020 (Fax)

Attorney for Plaintiff

Attorneys for Defendant
The Premcor Refining Group Inc.

**SO ORDERED:**

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

11/30/01
_____
DATE

9

UNITED STATES DISTRICT COURT EASTERN MISSOURI
INTERNAL RECORD KEEPING

AN ORDER, JUDGMENT OR ENDORSEMENT WAS SCANNED, FAXED AND/OR MAILED TO THE FOLLOWING INDIVIDUALS ON 12/03/01 by ldreon
        4:01cv110    Albert vs Premcor Refining

42:2000e  Job Discrimination (Employment)

| | | |
|---|---|---|
| Ellen Bonacorsi - | 2667 | Fax: 314-259-2020 |
| Michael Franklin - | 102465 | Fax: 314-259-2020 |
| Kathryn Render - | 10455 | Fax: 314-647-1911 |

SCANNED & FAXED BY:

DEC X 3 2001

MJM